# EXHIBIT A

FILED
1/31/2020 2:25 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L001318

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

DONALD SLAMA,                          )
                                       )
              Plaintiff,               )
                                       )
     vs.                               )
                                       )
MICHAEL L. FRANKLIN and                )          NO.
TYSA TRANSPORT, LLC                    )
                                       )
                                       )
                                       )
              Defendants.              )

## COMPLAINT AT LAW

NOW COMES the plaintiff, DONALD SLAMA, by his attorneys, THE PAPPAS LAW

GROUP, LLC, and complaining of the defendants, MICHAEL L. FRANKLIN and TYSA

TRANSPORT LLC, and states unto the Court as follows:

### COUNT I

1. On or about the 6th day of February, 2018 the defendant, MICHAEL L. FRANKLIN, was

the driver and had possession of a certain vehicle which he was operating in a southbound direction

on Interstate 39 at or near the Abraham Lincoln Memorial Bridge in Illinois.

2. At said time and place the defendant, MICHAEL L. FRANKLIN, had permission to drive

said vehicle with the knowledge and permission and as agent and employee of the defendant, TYSA

TRANSPORT, LLC, who were the owners of said vehicle.

3. That the plaintiff, DONALD SLAMA, was the driver and had possession of a certain

vehicle and was facing southbound on Interstate 39 at or near the Abraham Lincoln Memorial

Bridge, in Illinois.

4. That at said time and place and for a long time prior thereto the defendant, MICHAEL L.

FRANKLIN, had a duty to exercise due and proper care in the operation of his vehicle on the public

highways.

5. That at said time and place the defendant, MICHAEL L. FRANKLIN, carelessly and

negligently operated his vehicle so that it forcibly and violently struck the vehicle plaintiff,

FILED DATE: 1/31/2020 2:25 PM 2020L001316

DONALD SLAMA, was seated in thereby causing plaintiff, DONALD SLAMA'S injuries when the defendant failed to reduce his speed.

    6. That then and there, the defendant, MICHAEL L FRANKLIN, was guilty of one or more of the following acts and/or omissions:

(a)  Carelessly and negligently owned, operated, managed, maintained and controlled the said vehicle without keeping a safe and proper lookout, contrary to and in violation of 625 ILCS 5/11-503;

(b)  Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the public way, in violation of 625 ILCS 5/11-601;

(c)  Failed to decrease speed so as to avoid collision with another vehicle in violation of 625 ILCS 5/11-601;

(d)  Failed to equip said vehicle with adequate brakes in violation of 625 ILCS 5/12-301;

(e)  Failed to give audible warning with his horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(f)  Failed to keep a proper lookout;

(g)  Failed to stop when danger to the plaintiff was imminent;

(h)  Failed to yield the right-of-way to plaintiff in violation of 625 ILCS 5/11-901; and

(i)  Failed to properly inspect his vehicle to determine whether the left steer axil wheel was leaking thereby causing the break-drum, friction material and linings to be soaked with grease and wet to the touch.

    7. That by reason of the aforesaid negligence of defendant, and as a direct and proximate result thereof, the plaintiff, DONALD SLAMA, then and there sustained severe and permanent bodily injuries and damages and will in the future continue to suffer damages.

    WHEREFORE, the plaintiff, DONALD SLAMA, demands judgment against the defendant, MICHAEL L. FRANKLIN, for a sum in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus cost of this lawsuit.

## COUNT II

    1-3. Plaintiff, DONALD SLAMA, reaffirms and realleges those allegations contained in paragraphs 1 through 3 of Count I of this Complaint as paragraphs 1 through 3 of this Count II, as though fully set forth therein.

FILED DATE: 1/31/2020 2:25 PM    2020L001318

4. That at said time and place and for a long time prior thereto, the defendant, TYSA TRANSPORT, LLC, as owners, principal and employer, through its agent and employee, MICHAEL L. FRANKLIN, had a duty to exercise due and proper care in the operation of its vehicles on public highways.

5. That at said time and place the defendant, TYSA TRANSPORT, LLC, as owners, principal and employers of defendant, MICHAEL L FRANKLIN carelessly and negligently operated its vehicle so that it forcibly and violently struck and injured the plaintiff, DONALD SLAMA'S vehicle when the defendant was travelling southbound on Interstate 39 in Illinois.

6. That then and there the defendant, TYSA TRANSPORT, LLC, as owners, principal and employer through its agent and employee, MICHAEL L. FRANKLIN, was guilty of one or more of the following acts and/or omissions:

(a) Carelessly and negligently owned, operated, managed, maintained and controlled the said vehicle without keeping a safe and proper lookout, contrary to and in violation of 625 ILCS 5/11-503;

(b) Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the public way, in violation of 625 ILCS 5/11-601;

(c) Failed to decrease speed so as to avoid collision with another vehicle in violation of 625 ILCS 5/11-601;

(d) Failed to equip said vehicle with adequate brakes in violation of 625 ILCS 5/12-301;

(e) Failed to give audible warning with his horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(f) Failed to keep a proper lookout;

(g) Failed to stop when danger to the plaintiff was imminent;

(h) Failed to yield the right-of-way to plaintiff in violation of 625 ILCS 5/11-901; and

(i) Failed to properly inspect his vehicle to determine whether the left steer axil wheel was leaking thereby causing the break-drum, friction material and linings to be soaked with grease and wet to the touch.

7. That by reason of the aforesaid negligence of the defendants, and as a direct and proximate result thereof, the plaintiff, DONALD SLAMA, then and there sustained severe and permanent bodily injuries and damages and will in the future continue to suffer damages.

3

FILED DATE: 1/31/2020 2:25 PM  2020L001318

WHEREFORE, the plaintiff, DONALD SLAMA, demands judgment against the defendant,

TYSA TRANSPORT, LLC for a sum in an amount in excess of FIFTY THOUSAND ($50,000.00)

DOLLARS plus cost of this lawsuit.

THE PAPPAS LAW GROUP, LLC.

By:      /s/ Stephen J. Healy
         attorney for plaintiff, DONALD SLAMA

THE PAPPAS LAW GROUP, LLC
Stephen J. Healy
Firm I.D. No. 60204
121 W. Wacker Drive, Suite 1612
Chicago, Illinois 60601
Ph: (312) 782-5619
sjh@pappaslawgroup.com

4