# EXHIBIT C

3610C #58856

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONALD SLAMA, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL L. FRANKLIN and )<br>TYSA TRANSPORT, LLC, )<br>)<br>      Defendants. ) | No. 20 L 001318 |

## AFFIDAVIT OF LISA AVERY

I, Lisa Avery, upon being duly sworn, depose and state as follows:

1. I am over eighteen (18) years of age and am competent and authorized to testify as to all matters set forth in this affidavit.

2. I make this affidavit based on my personal knowledge of the matters set forth and after a review of the documents necessary to inform myself about these facts.

3. This affidavit is made to support Tysa Transport LLC's Petition for Removal.

4. Tysa Transport LLC is a two-member Limited Liability Company.

5. I am one of the members, and my spouse Tyler Avery is the other member.

6. I am a citizen of and a resident domiciled in the state of Michigan.

7. My spouse is a citizen of and a resident domiciled in the state of Michigan.

8. I knew Mr. Michael Franklin and know that he passed away some time ago from causes unrelated to the motor vehicle collision that makes up the subject of this lawsuit.

9. When Mr. Franklin was alive, he was a citizen of and a resident domiciled in the state of Michigan.

FURTHER AFFIANT SAYETH NOT

_____
LISA AVERY

Subscribed to and sworn to before me this this 2nd day of April, 2020.

_____
Jennifer Modert, Notary Public
County of Calhoun, State of Michigan
My Commission Expires: January 22, 2026
Acting in the County of Calhoun

JENNIFER MODERT
Notary Public, State of Michigan
County of Calhoun
My Commission Expires Jan. 22, 2026
Acting in the County of Calhoun