# EXHIBIT D

3610C #58856

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONALD SLAMA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 20 L 001318 |
| MICHAEL L. FRANKLIN and TYSA TRANSPORT, LLC, | ) ) ) ) |
| Defendants. | ) |

## PROOF OF SERVICE

TO: Stephen J. Healy
The Pappas Law Group, LLC
121 West Wacker Drive, Suite 1612
Chicago, Illinois 60601
sjh@pappaslawgroup.com

Please be advised that on April 8, 2020, we served the following documents via electronically to the above listed counsel of record, **Request to Admit Facts,** a copy of which is attached and served here upon you.


Thomas F. Cameli
Alan J. Brinkmeier
CAMELI & HOAG, P.C.
Attorneys for Defendants
105 West Adams Street, Suite 1430
Chicago, IL 60603
312-726-7300
service@camelihoaglaw.com

## **CERTIFICATE OF SERVICE**

      I, Michelle Wilburn, a non-attorney, certify that I served the attached document to all attorneys of record via email on April 8, 2020.


[x] I make this statement under penalties as
    Provided by law pursuant to Section 1-109      /s/ *Michelle Wilburn*
    Of the Illinois Code of Civil Procedure

3610C                                                                                               #58856

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DONALD SLAMA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No. 20 L 001318 |
| | ) |
| MICHAEL L. FRANKLIN and | ) |
| TYSA TRANSPORT, LLC, | ) |
| | ) |
|     Defendants. | ) |

### REQUEST TO ADMIT FACTS

To:   Stephen J. Healy
       The Pappas Law Group
       121 West Wacker Drive, Suite 1612
       Chicago, IL  60601

**Warning:  If you fail to serve the response required by Rule 216 within 28 days after you are served with this paper, all the facts set forth in the requests will be deemed true and all the documents described in the requests will be deemed genuine.**

      NOW COMES the defendant TYSA TRANSPORT, LLC., by and through its attorneys CAMELI & HOAG PC, and for its request to admit facts to plaintiff DONALD SLAMA, states:

      1.    Admit that the damage award to you (plaintiff DONALD SLAMA) will in no event exceed the jurisdictional amount for diversity purposes of the United States District Court for the Northern District of Illinois, which is $75,000.00, exclusive of interest and costs.

      <u>RESPONSE</u>:

1

2

## **VERIFICATION**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned verifies that the statements set for in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned verifies as aforesaid he verily believes the same to be true.

_____
DONALD SLAMA

Respectfully submitted,

CAMELI & HOAG, P.C.

/s/ *Thomas F. Cameli*

By:   Thomas F. Cameli

Thomas F. Cameli
CAMELI & HOAG, P.C.
Attorneys for the Defendants
105 West Adams Street, Suite 1430
Chicago, IL  60603
312-726-7300
312-726-7302 (fax)
tcameli@camelihoaglaw.com
abrinkmeier@camelihoaglaw.com
service@camelihoaglaw.com

3