# EXHIBIT E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | | |
|---|---|---|
| DONALD SLAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 2020 L 001318 |
| MICHAEL L. FRANKLIN and | ) | |
| TYSA TRANSPORT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

I, a representative of Calhoun County Sheriff's Department, certify that I served this

**SUMMONS** on the defendant:

Tysa Transport, LLC. on __3__/__12__/__2020__ Time: __3:29 p.m.__
13992 Verona Rd.
~~Battle Creek~~, MI. 49068        [Corrected → Marshall City]

by leaving a copy of the same to:

Name: __Owner - Tyler Avery__  Sex: __M__  Race: __W__  DOB: __1/30/69__

Calhoun County Sheriff's Office
161 East Michigan Ave.
Battle Creek, MI. 49014

Deputy: _____ # __2803__

Wendy Draper

The Pappas Law Group, LLC.
121 West Wacker Dr.- Suite 1612
Chicago, IL. 60601
(312) 782-5619
Firm I.D. No.: 60204

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| DONALD SLAMA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No.: 2020 L 001318 |
| MICHAEL L. FRANKLIN and TYSA TRANSPORT, LLC | ) ) ) ) |
| Defendants. | ) |

**PROOF OF SERVICE**

I, a representative of Calhoun County Sheriff's Department, certify that I served this

**SUMMONS** on the defendant:

Tysa Transport, LLC.   on  3 / 12 / 2020   Time: 3:29 p.m.
13992 Verona Rd.
Marshall, MI. 49068

by leaving a copy of the same to:

Name: Owner - Tyler Avery   Sex: M   Race: W   DOB: 1/30/69


Calhoun County Sheriff's Office
161 East Michigan Ave.
Battle Creek, MI. 49014

Deputy: _____ # 2803

Wendy Draper

The Pappas Law Group, LLC.
121 West Wacker Dr.- Suite 1612
Chicago, IL. 60601
(312) 782-5619
Firm I.D. No.: 60204